PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE OKWARA, ET AL., | CASE NO. 2:22-CV-00293-TLN-CKD |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| MERRICK GARLAND, ET AL., | |
| Defendants. | |

    The Defendant respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose.

    This case concerns U.S. Citizenship and Immigration Services' decision denying Plaintiffs' Form I-601 – application for a waiver of inadmissibility. On May 5, 2022, USCIS voluntarily reopened the adjudication of Plaintiff's application and issued a request for evidence. Plaintiff has until August 11, 2022 to respond to USCIS's request for evidence.

    The parties therefore stipulate that the new date for Defendant to file an answer or other dispositive pleading is September 2, 2022. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  May 11, 2022

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JAMES CANFIELD
JAMES CANFIELD
Counsel for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 12, 2022

Troy L. Nunley
United States District Judge

2